FILED
MAR 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

'08 MJ 8238

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>v )<br>Carlos FERNANDEZ-Dominguez, )<br>Defendant. ) | Magistrate Case No.:<br>COMPLAINT FOR VIOLATION OF<br>21 USC 952 and 960<br>Importation of a Controlled<br>Substance (Felony) |

The undersigned complainant being duly sworn states:

On or about March 14, 2008, within the Southern District of California, defendant Carlos FERNANDEZ-Dominguez did knowingly and intentionally import approximately 34.62 kilograms (76.164 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Special Agent
U.S. Immigration and Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, 17TH DAY OF March, 2008.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Carlos FERNANDEZ-Dominguez

### PROBABLE CAUSE STATEMENT

I, Special Agent Reuben McDowell, declare under penalty of perjury, the following is true and correct:

This statement of facts is based on the reports, documents, and notes furnished to Immigration and Customs Enforcement Special Agent McDowell.

On March 14, 2008, at approximately 1230 hours, Carlos FERNANDEZ-Dominguez entered the United States at the Calexico, California, East Port of Entry. FERNANDEZ was the driver and sole occupant of a 1996 Plymouth Grand Voyager, bearing a California temporary permit. The vehicle approached lane 6 manned by CBPO S. Baca. During routine border inspection questioning, FERNANDEZ stated that he had nothing to declare, that he was going to the Calexico, California DMV and that he had owned the vehicle for five days. CBPO Baca observed that FERNANDEZ avoiding eye contact. While inspecting the vehicle, CBPO Baca observed that the middle seat was solid. CBPO Baca walked the vehicle to secondary inspection.

CBPO Corona received the vehicle in secondary inspection. During routine questioning, FERNANDEZ gave a negative Customs declaration and stated that the vehicle was his. CBPO Corona noticed a strong odor of vinegar coming from the interior of the vehicle. CBPO Corona requested a K-9 Officer Caldera to screen the vehicle. The Narcotics Detector Dog alerted to the rear seat area.

A subsequent inspection of the vehicle revealed 14 packages consealed within the seats of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 14 packages had a combined weight of approximately 34.62 kilograms (76.164 pounds).

FERNANDEZ was advised of his Miranda Rights, which he acknowledged and waived. FERNANDEZ admitted knowledge of the marijuana in the vehicle.

TOTAL P.04
16:23 FAX 3527292    ASU
@004

1. FERNANDEZ stated that he was to be paid $2,000.00 dollars. FERNANDEZ stated that
2. he was not told how much marijuana would be in the vehicle.
3.     FERNANDEZ was booked into the Imperial County Jail pending his initial
4. appearance before a U.S. Magistrate Judge.
5.
6.     Executed on March 15, 2008 at 1600 hours.
7.
8.                       _[signature]_
9.                        Special Agent
10. On the basis of the facts presented in the probable cause statement consisting
11. of 2 page(s), I find probable cause to believe that the defendant(s) named in this probable statement committed the offence on 3/15/08 in violation
12. of Title 21, United States Code, Section(s) 952, 960
13.
14. _[signature]_                 3/15/08 5:00 pm
15. United States Magistrate Judge         Date/Time

P.04/04    MAR-15-2008 16:15