FILED
APR 15 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___cF___ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR1160-JM |
|---|---|
| Plaintiff, | ) |
| | ) **I N F O R M A T I O N** |
| v. | ) |
| | ) Title 21, U.S.C., Secs. 952 and |
| CARLOS FERNANDEZ-DOMINGUEZ, | ) 960 - Importation of Marijuana |
| | ) (Felony) |
| Defendant. | ) |

The United States Attorney charges:

On or about March 14, 2008, within the Southern District of California, defendant CARLOS FERNANDEZ-DOMINGUEZ, did knowingly and intentionally import approximately 34.62 kilograms (76.16 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: April 15, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John X. Wei*

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
4/15/08