# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08CR1160-JM
           vs            )   ABSTRACT OF ORDER
                         )   Booking No.  06108298
Carlos Fernandez-Dominguez )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:
Be advised that under date of ____August 15, 2008____
the Court entered the following order:

__✓__ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
_____ Defendant released on $_____ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
__✓__ Defendant sentenced to TIME SERVED, supervised release for __2__ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
         _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other. _____

Received _[signature]_ DUSM

UNITED STATES MAGISTRATE JUDGE
                          OR
W. SAMUEL HAMRICK, JR.    Clerk
by _[signature]_ Deputy Clerk

Crim-9 (Rev 6-95)                     ★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY